```
 1  TIMOTHY COURCHAINE
    United States Attorney
 2  District of Arizona
    CHONG-HO CHUNG
 3  Assistant U.S. Attorney
    Arizona State Bar No. 27730
 4  Two Renaissance Square
    40 N. Central Ave., Ste. 1800
 5  Phoenix, Arizona 85004
    Telephone: 602-514-7500
 6  Email: Chong-Ho.Chung@usdoj.gov
    Attorneys for Plaintiff
 7
```

☒ FILED  ☐ LODGED

**Jul 18 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 25-1696MJ |
| Plaintiff, | CR-25-01042-PHX-ESW |
|  | **INFORMATION** |
| v. |  |
| Miguel Angel Mezo-Antele, | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(i) |
| Defendant. | (Transportation of an Illegal Alien for Profit) |
|  | Count 1 |
|  | 18 U.S.C. § 371 |
|  | (Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States) |
|  | Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

## COUNT 1

On or about June 24, 2025, in the District of Arizona, the defendant, MIGUEL ANGEL MEZO-ANTELE, knowing and in reckless disregard of the fact that certain aliens, Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(i).

**COUNT 2**

Beginning on an unknown date and continuing up to and including June 24, 2025, in the District of Arizona and elsewhere, defendant MIGUEL ANGEL MEZO-ANTELE did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before June 24, 2025, unknown co-conspirators in Mexico brought Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez to the Mexican border with the United States, with the purpose that Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez would enter the United States, knowing and in reckless disregard of the fact that Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about June 24, 2025, defendant MIGUEL ANGEL MEZO-ANTELE transported Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez in a vehicle within the District of Arizona to facilitate Pablo Cuellar-Rodriguez and Juan Carlos Lopez-Sanchez's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 1st day of July, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CHONG-HO CHUNG
Assistant U.S. Attorney